IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAGUAR ROSADO | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:21-cv-01329 |
| | : | |
| v. | : | |
| | : | |
| LOWE'S HOME CENTERS, LLC | : | |
| | : | |
| Defendant. | : | |

## **STIPULATION OF DISMISSAL *WITH* PREJUDICE**

Plaintiff JAGUAR ROSADO, by his attorneys and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, stipulates that Plaintiff's cause of action is hereby dismissed in its entirety, *with prejudice*. Each party will bear their own costs.

Jointly and respectfully submitted this 10th day of December , 2021.


By: */s/ Ronald G. Poliquin*
    Ronald G. Poliquin
    Delaware Bar No. 4447
    1475 S. Governors Ave.
    Dover, DE 19904
    Telephone: (302) 702-5501

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAGUAR ROSADO | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:21-cv-01329 |
| | : | |
| v. | : | |
| | : | |
| LOWE'S HOME CENTERS, LLC | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 10th, 2021, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court by using the CM/ECF system, which will send notice to all counsel and parties of record.

*/s/ Ronald G. Poliquin*
Ronald G. Poliquin

77809555v.1